V #3023　# 128904

# DIVIDENDS REMITTED TO THE COURT
Check Number 3023 Dated 09/22/10
Case Number 09-36291 - SHAFFER, SHAWN BRYAN

| Creditor | Claim No. | Amount Allowed | Amount Paid |
|---|---|---|---|
| Recovery Management Systems Corporation For GE Money Bank dba JCPENNEY CREDIT SERVICES 25 SE 2nd Ave Ste 1120 Miami FL 33131 | 000019 | 130.63 | 2.05 |
| ---------- Remittance Total --------------- | | 130.63 | 2.05 |

*[signature]*
DOUGLAS A. DYMARKOWSKI, Trustee

*FILED 2010 SEP 24 PM 3:10 CLERK, U.S. BANKRUPTCY COURT TOLEDO, OHIO*